IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JASON CONTRERAS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-25-CV-775-FB |
| | § | |
| CPS ENERGY, | § | |
| | § | |
| *Defendant.* | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The Court has considered the Report and Recommendation of United States Magistrate Judge filed in the above-captioned cause on March 12, 2026 (ECF No. 28). On March 16, 2026, the Report and Recommendation was sent by certified mail, return receipt requested to Plaintiff (ECF No. 29). According to the United States Postal Service tracking system, the certified mail was refused on March 18, 2026, and returned to Office of the Clerk of Court on March 23, 2026. https://tools.usps.com/tracking/9589071052703684106256, last visited on May 30, 2026. To date, no objections or response to the Report have been filed.[1] The Court has reviewed the electronic docket sheet in this case and does not find a change of address notification filed by the Plaintiff.

In the Report, United States Magistrate Judge Henry J. Bemporad recommends that Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 24) be DENIED; that Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure

---

1 Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing ." FED. R. CIV. P. 5(b)(2)(C). If service is made by electronic means, "service is complete upon transmission." *Id.* at (E). When the mode of service is by electronic means, three days are no longer added to the time period to act after being served. *See Heverling v. McNeil Consumer Pharmaceuticals, Co.*, Civil Action No. 1:17-CV-1433, 2018 WL 1293304 at *2 n.3 (M.D. Pa. Mar. 13, 2018) ("On April 28, 2016, the Supreme Court adopted changes to the Federal Rules of Civil Procedure. In pertinent part, the Court amended Rule 6(d) to remove 'electronic means' as a mode of service triggering an additional three days to act when a responsive period commences upon service. *See* FED. R. CIV. P. 6, advisory committee's note to 2016 amendment. The amendments took effect on December 1, 2016.").

12(b)(5) (ECF No. 23) be GRANTED; and that this case be DISMISSED WITHOUT PREJUDICE. The Court agrees.

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made.").  The Court has reviewed the Report and finds its reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989).  The Recommendation shall therefore be accepted pursuant to 28 U.S.C. § 636(b)(1) such that Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 24) shall be DENIED; Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(5) (ECF No. 23) shall be GRANTED; and this case shall be DISMISSED WITHOUT PREJUDICE.

Accordingly, it is hereby ORDERED that the Report and Recommendation of United States Magistrate Judge filed in this cause on March 12, 2026 (ECF No. 28), is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 24) is DENIED; Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(5) (ECF No. 23) is GRANTED; and this case is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that motions pending, if any, are also DISMISSED AS MOOT, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 30th day of May, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE